# In the United States Court of Federal Claims

No. 21-778C
Filed: March 9, 2021

| |
|---|
| **SEKRI, INC.,** |
|        *Plaintiff,* |
| **v.** |
| **UNITED STATES,** |
|        *Defendant*. |

## ORDER OF JUDGMENT

    For the reasons assigned in the memorandum opinion filed concurrently with this Order of Judgment, the complaint is **DISMISSED** *sua sponte* for lack of standing pursuant to Rules 12(b)(1) and 12(h)(3) of the Rules of the Court of Federal Claims. In addition, the defendant's motion to dismiss is **GRANTED**, and the complaint is **DISMISSED** pursuant to Rule 12(b)(6) of the Rules of the Court of Federal Claims.

    The parties shall meet and confer and jointly propose by **March 23, 2021** redactions to the memorandum opinion so that the Court may release it publicly.

    The Clerk is **DIRECTED** to enter judgment in accordance with the memorandum opinion and this Order and close the case.

    No costs are awarded.

    It is so **ORDERED**.

                                                                     s/ Richard A. Hertling
                                                                      **Richard A. Hertling**
                                                                      **Judge**